IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00144-CR

 

Monica Joy Taylor,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 54th District
Court

McLennan County, Texas

Trial Court No. 2008-1224
C2

 



MEMORANDUM  Opinion



 








            Appellant has filed a motion
to dismiss this appeal under Rule of Appellate Procedure 42.2(a).  See Tex. R. App. P. 42.2(a).  We have not
issued a decision in this appeal.  Appellant personally signed the motion.  The
Clerk of this Court has sent a duplicate copy to the trial court clerk.  Id.  Accordingly, the appeal is dismissed.

 

                                                                                                FELIPE
REYNA

Justice




Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis








Appeal
dismissed

Opinion
delivered and filed April 7, 2010

Do
not publish

[CR25]